UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT L. WATSON, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security <br><br> Defendant. | CASE NO. C10-5813 BHS JRC <br><br> ORDER AMENDING BRIEFING SCHEDULE |

PURSUANT to the motion of plaintiff (ECF No. 14) and with agreement of defendant, the Court hereby directs counsel to conform to the following amended briefing schedule:

Plaintiff's opening brief shall be due on or before March 9, 2011;

Defendant's responsive brief shall be due on or before April 8, 2011;

Plaintiff's optional reply shall be due on or before April 22, 2011; and

Oral argument shall be requested by April 29, 2011.

DATED this 16th day of February, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1