UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROBERT L. WATSON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No.  3:10-CV-05813-BHS-JRC <br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant (ECF No. 18) and with no objection by Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 4, 2011;

- Plaintiff shall file the Reply Brief on or before May 18, 2011; and

- Oral argument, if desired, shall be requested by May 25, 2011.

DATED this 12th day of April 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-05813-BHS-JRC]