# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ROBERT L. WATSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | CASE NO. C10-05813-BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Stipulated Motion for Remand and the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) The matter is therefore REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration as set forth in the Report and Recommendation.

DATED this 7th day of June, 2011

BENJAMIN H. SETTLE
United States District Judge

ORDER